390 A.2d 311

Mintz, et al., Appellants, v. Bur et al.

Argued March 23, 1978.
Richard P. McBride, for appellants; Andrew L. Braunfeld, for appellees.

Order affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.

390 A.2d 311

Molecavage v. Molecavage, Appellant.

Argued March 23, 1978. Thomas M. Ballaron, with him Richard A. Brown, for appellant; J. Fitze, with him Joel J. Turrell, for appellee.

Order affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.